

**FILED**
JAN 3 0 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:12-00024
    18 U.S.C. § 1001

DONALD C. WHITTEN

# I N F O R M A T I O N

The United States Attorney Charges:

On or around December 7, 2011, at or near Hamlin, Lincoln County, West Virginia, and within the Southern District of West Virginia, defendant DONALD C. WHITTEN knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, in that defendant DONALD C. WHITTEN stated and represented to an investigator that he had never provided absentee ballots to a certain person known to the United States Attorney (the "Known Person") so that the Known Person could hand-deliver those absentee ballots to voters. These statements and representations were materially false, fictitious, and fraudulent, as defendant DONALD C. WHITTEN then and there well knew, because in or around

March 2010 defendant DONALD C. WHITTEN provided the Known Person with absentee ballots for a primary election scheduled to take place on or around May 11, 2010, which election involved a race for the United States House of Representatives, so that the Known Person could hand-deliver those absentee ballots to voters.

In violation of Title 18, United States Code, Section 1001.

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
STEVEN R. RUBY
Assistant United States Attorney