IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO. 2:12-cr-00024

DONALD C. WHITTEN,

        Defendant.

**ORDER**

Pending before the Court is the motion [Docket 2] of the United States to schedule a guilty plea hearing in this matter.  The motion is **GRANTED**, and the Court **ORDERS** that a plea hearing be **SCHEDULED**, pursuant to *Fed. R. Crim. P.* 11, for **March 7, 2012, at 10:00 a.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:      February 1, 2012

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE