IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         CRIMINAL ACTION NO. 2:12-cr-00024

DONALD C. WHITTEN,

        Defendant.

## WRITTEN PLEA OF GUILTY

In the presence of Tim Carrico, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the Information.

DATE: 3-7-12

DEFENDANT

WITNESS:

COUNSEL FOR DEFENDANT