IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          CRIMINAL ACTION NO. 2:12-cr-00024

DONALD C. WHITTEN,

        Defendant.

**ORDER**

For reasons appearing to the Court, the sentencing hearing currently scheduled for August 29, 2012, at 1:30 p.m. shall be held on **August 29, 2012, at 3:00 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                                  ENTER:     August 27, 2012

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE