January 2012

TO WHOM IT MAY CONCERN:

I have worked for Donald C. Whitten for approximately twenty one years.

I believe he is a devoted family man.

He cares about his community and supports sports programs in his community.

I believe Donald has good respect for his employees and the public.

*Geraldine Peyton*

January 2012

To Whom It May Concern:

          Re: Donald Whitten

  I have known Donald Whitten for some twenty years. I have found him to be an devoted family orientated man and a man who cares about his community. He has always been a strong supporter of youth sports programs. He has always supported his family in time of need and he has stood behind his family and provided well for his family.

He has always respected his elected office and always reported to work as expected. I believe that he has always treated his employees and the general public with respect.

          Sincerely,

          Charles S. McCann

To Whom It May Concern,

I have known Donald Whitten for 57 years. We went to elementary and high school together. Later in life, Donald operated the family grocery store. During all these years he has always shown honesty, integrity and a love for people. I would trust Donald with my life and that of my grandchildren.

Sharon Jones
341 Sulphur Spg
Alkol, WV 25501

February 13, 2012

To Whom It May Concern:

I have known Donald Whitten for 10 years or more. He has been a good and honest man.

He has been a good husband, father, grandfather and a good friend to many people over the 10 years that Scott and I have known him.

He has always been willing to lend a helping hand with whatever needs to be done in the neighborhood, schools, etc.

He has been a good grandfather to his grandchildren, in a way that there own parents haven't been there for them.

I really don't know how this family could do without him; they all love him very much.

We love him too,


Sincerely,
Scott and Dee Pauley

In 1998, I started working for a man, that I have been in aquantence with for many years. Within this time, I really got to know him. When I needed to talk or was upset about something, He would listen, and give good advise, and always direct me the right way, wethen it be in life or as an Employee. He was a great Boss and a good friend.

I learned alot by this man, by watching how he lived his life and corresponded with people that just needed to talk or needing help. Especially with the Probate part of our job. He showed how earnest and Careing he was to many people.

I learned alot from this man. He is a great mentor. I have watched how he corresponds with the public and with people just needing to talk, or needing help, Especially with Probate. He showed how earnest and Careing he was to many people.

I have never yet to see this man turn down a person in need, if he couldnt help them, he would
→over

try his best to find help for them.

He always reminded me that Life is short and family comes first. I have seen this portrayed in his life over and over.

This man is Loving, Caring and Sensitive to others, and if I were to portray my Life after Man, it would be Donald C. Whitten.

Sincerely,

Melissa A. Lofty

To Whom it may concern:

I am writing this letter in regards to Donald Whitten.

I am a Minister in the county of Lincoln and I have known Donald for many years, and found him to be a very kind and generous person. Donald and his wife live on Valley Fork road and almost all the time something is going off there. Whether it is a birthday or a pool party or just a friendly gathering, Donald and his wife make sure everyone feels at home.

In the year of 2007 I was in a car accident where I broke my neck in 3 places and could not do anything around my house, much less go to my job. Donald made sure my yard and weed eating was taken care of, and also made sure we were not in need of anything at our home. Without the help of Donald and his son and his grandson, I could not have made it. Donald asked nothing in return for doing this for me and my family. I offered but Donald would not hear of it.

One year my Wife and I were going to Myrtle Beach and my vehicle broke down, so Donald loaned me his personal truck so that we would not miss our vacation. I remember Donald donating 2 brand new bicycles for something going on with the children in the neighborhood.

As you can see Donald is an asset to this community and I fell it is a privilege to live in this area to know Donald is one of my neighbor's.

Thank you so much for taking into account what I am writing about Donald Whitten.

Sincerely yours,

*Kent Cecil*

Kent Cecil